**Dismissed and Opinion Filed March 4, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01522-CV

### IN THE INTEREST OF A.R.J., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-00-14914-U**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

In a letter dated February 9, 2015, the Court notified appellant that her notice of appeal was untimely. We informed appellant that her notice of appeal was filed within the fifteen-day grace period and that she could remedy the problem by filing an extension motion by February 24, 2015. *See* TEX. R. APP. P. 26.3. We cautioned appellant that failure to file an extension motion by the date requested would result in dismissal of her appeal without further notice. As of today's date, appellant has not filed a motion for an extension of time to file a notice of appeal.

If no post-judgment motion extending the appellate timetable is filed, a notice of appeal is due thirty days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1. An extension of time may be granted if an appellant files a notice of appeal within fifteen days of the deadline and files a motion complying with rule of appellate procedure 10.5(b). *See* TEX. R. APP. P. 26.3

& 10.5(b). Without a timely filed notice of appeal, this Court lacks jurisdiction. TEX. R. APP. P. 25.1(b).

Appellant is appealing an order signed on October 17, 2014. Appellant did not file a post-judgment motion extending the appellate timetable. Accordingly, the notice of appeal was due on November 16, 2014, thirty days after the date the order was signed. *See* TEX. R. APP. P. 26.1. Appellant filed her notice of appeal on November 21, 2014.

Appellant did not file a timely notice of appeal or a motion for an extension of time to file a notice of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

141522F.P05                                    /Molly Francis/
                                               MOLLY FRANCIS
                                               JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.R.J., A CHILD

No. 05-14-01522-CV

On Appeal from the 302nd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DF-00-14914-U.
Opinion delivered by Justice Francis. Justices Lang-Miers and Whitehill, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee TONY LEE CONNER recover his costs of this appeal from appellant ANDERIA JONES.

Judgment entered March 4, 2015.